# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

    Shawn South

               Debtor(s).

Case No.22-25263-BEH
Chapter 13

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

Shawn South, Debtor filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

*Attorney Michelle A Angell*
*Krekeler Law, S.C.*
*26 Schroeder Court, #300*
*Madison, WI 53711*
*Phone No. 608-258-8555*
*mangell@ks-lawfirm.com*

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

   a. **General unsecured creditors shall receive a pro-rata share of $6,204.00 at 3% interest over the duration of the plan.**
   b. **The Manitowoc County Treasurer has been paid the amount owed for the property taxes and so will not be paid through the plan.**
   c. **USAA Savings Bank shall be paid pro-rata.**
   d. **The plan payments shall increase to $195.00 per month.**

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this _18th_ day of January, 2023.

Attorney Michelle A Angell
Krekeler Law, S.C.
26 Schroeder Court, #300
Madison, WI 53711
Phone No. 608-258-8555
mangell@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

SHAWN M. SOUTH,

Case No. 22-25263

Debtor.

**AFFIDAVIT OF MAILING**

STATE OF WISCONSIN    )
                      ) ss.
COUNTY OF DANE        )

    The undersigned, being first duly sworn on oath, deposes and says that on January 18, 2023, a copy of the Debtor's Notice and Request to Amend Unconfirmed Chapter 13 Plan and Request to Amend Unconfirmed Chapter 13 Plan was electronically filed with the Clerk of Court and served upon the United States Trustee, Trustee Rebecca Garcia, the Debtor's attorney and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on January 18, 2023, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of Debtor's Notice and Request to Amend Unconfirmed Chapter 13 Plan and Request to Amend Unconfirmed Chapter 13 Plan to all on attached list and to:

Shawn M. South
3616 Shepherd Lane
Manitowoc, WI 54220-3031

By: _____
Cheryl Watson

Subscribed and sworn to before me
On January 18, 2023.

_____
Rebecca Isige
Notary Public, State of Wisconsin
My Commission expires: 08/25/2026

```
Label Matrix for local noticing          CALIBER HOME LOANS, INC.              Caliber Home Loans, Inc.
0757-2                                   c/o Gray & Associates, LLP            Robertson, Anschutz, Schneid, Crane & Pa
Case 22-25263-beh                        16345 West Glendale Drive             10700 Abbott's Bridge Rd, suite 170
Eastern District of Wisconsin            New Berlin, WI 53151-2841             Duluth, GA 30097-8461
Milwaukee
Wed Jan 18 13:53:14 CST 2023

Synchrony Bank                           Alltran Financial LP                  Attorney Robert M. Piette
c/o PRA Receivables Management, LLC      500 Virginia Drive                    Gray & Associates LLP
PO Box 41021                             Fort Washington, PA 19034-2733        16345 West Glendale Drive
Norfolk, VA 23541-1021                                                         New Berlin, WI 53151-2841


Caliber Home Loans, Inc.                 Caliber Home Loans, Inc.              City of Manitowoc Treasurer
13801 Wireless Way                       75 Beattie Place, Suite 300           900 Quay Street
Oklahoma City, OK 73134-2500             Greenville, SC 29601-2138             Manitowoc, WI 54220-4543


City of Milwaukee                        Internal Revenue Service              JPMorgan Chase Bank NA
Customer Service Division                Insolvency Unit                       P.O. Box 15368
PO Box 514062                            P.O. Box 7346                         Wilmington, DE 19850-5368
Milwaukee, WI 53203-3462                 Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.                Kirsten Martinez                      LVNV Funding, LLC
s/b/m/t Chase Bank USA, N.A.             Bonial & Associates PC                Resurgent Capital Services
c/o National Bankruptcy Services, LLC    PO Box 9013                           PO Box 10587
P.O. Box 9013                            Addison, TX 75001-9013                Greenville, SC 29603-0587
Addison, Texas 75001-9013


Office of the U. S. Trustee              PRA Receivables Management, LLC       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
517 East Wisconsin Ave.                  PO Box 41021                          PO BOX 41067
Room 430                                 Norfolk, VA 23541-1021                NORFOLK VA 23541-1067
Milwaukee, WI 53202-4510


USAA Savings Bank                        USAA Savings Bank                     United States Treasury
10750 McDermott Freeway                  P.O Box 47504                         Internal Revenue Service
San Antonio, TX 78288-1600               San Antonio, TX 78265                 P.O. Box 7346
                                                                               Philadelphia, PA 19101-7346


United States Trustee-Eastern District   Verizon Wireless                      Wisconsin Department of Revenue
Federal Courthouse                       500 Technology Drive, Suite 550       ATTN: Bankruptcy Unit, MS 5-144
David W. Asbach, Assistant US Trustee    Saint Charles, MO 63304-2225          PO Box 8901
517 East Wisconsin Ave. Room 430                                               Madison, WI 53708-8901
Milwaukee, WI 53202-4510


Wisconsin Dept. of Workforce Development Michelle A. Angell                    Rebecca R. Garcia
Division of Unemployment Insurance       Krekeler Law, SC                      Chapter 13 Trustee
P.O. Box 8914                            26 Schroeder Court, Ste 300           PO Box 3170
Madison, WI 53708-8914                   53711                                 Oshkosh, WI 54903-3170
                                         Madison, WI 53711-2503


Shawn M. South
3616 Shepherd Lane
Manitowoc, WI 54220-3031
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Janet Medlock, Clerk of Court
US Courthouse - Eastern District of WI

(u)Portfolio Recovery Associates, LLC
Attn: Payment Dept

End of Label Matrix
Mailable recipients  27
Bypassed recipients   2
Total                29