# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

Shawn South

Case No.22-25263-BEH
Chapter 13

Debtor(s).

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

Shawn South, Debtor filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

*Attorney Michelle A Angell*
*Krekeler Law, S.C.*
*26 Schroeder Court, #300*
*Madison, WI 53711*
*Phone No. 608-258-8555*
*mangell@ks-lawfirm.com*

FILED-MAIL 2023 MAR 10 PM 12:09 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    **A. General unsecured creditors shall receive a pro-rata share of $9,653.26 or 100% of the claims filed and allowed at 3% interest over the duration of the plan.**

    **B. The Manitowoc County Treasurer has been paid the amount owed for the property taxes and so will not be paid through the plan.**

    **C. Claim Number 6 (Honda Motorcycle) for USAA Savings Bank shall be paid in equal monthly payments of $302.53 per month until paid in full. The amount of debt is $18,141.73 paid at 0% interest.**

    **D. Claim Number 5 (Honda CRV) for USAA Savings Bank shall be paid in equal monthly payments of $376.15 per month until paid in full. The amount of debt is $22,569.00 paid at 0% interest.**

    **E. The plan payments shall increase to $990.00 per month.**

    All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

    WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 7th day of March, 2023.

*Attorney Michelle A Angell*
*Krekeler Law, S.C.*
*26 Schroeder Court, #300*
*Madison, WI 53711*
*Phone No. 608-258-8555*
*mangell@ks-lawfirm.com*

KREKELER LAW S.C.
ATTORNEYS AT LAW
26 SCHROEDER COURT
SUITE 300
MADISON, WI 53711
FORWARDING SERVICE REQUESTED

MILWAUKEE WI 530
8 MAR 2023 PM

US POSTAGE
FIRST CLASS MAIL
$000.50

Sean D. McDermott, Clerk of Court
US Courthouse-Eastern District of WI
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

53202-458199